IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Charles Edward Thomas, ) | C/A No.: 0:14-cv-4903 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| South Carolina Department of Corrections; ) | |
| Jon Ozmint, Former Prison Director; ) | |
| Medical Division; Budget Control; Financial ) | |
| Division; South Carolina Local Government, ) | |
| in their individual and official capacities, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before this court pursuant to plaintiff's Objection to the Magistrate Judge's Report and Recommendation. This objection was filed on March 4, 2015. In the Magistrate Judge's Report and Recommendation, she recommends dismissing plaintiff's complaint for failure to prosecute. In his objection, plaintiff requests that the court not dismiss his case, as he misunderstood the purpose of the court's financial and service documents that were mailed to him. It is therefore

**ORDERED** that the case be remanded to the Magistrate Judge for further review of plaintiff's objections to the Report and Recommendation.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

March 25, 2015
Charleston, South Carolina